BLACK, Judge.
 

 We affirm George Mann’s conviction and sentence for robbery with a weapon without comment. However, we remand for the trial court to correct a scrivener’s error apparent on the face of the written judgment. While the record reflects that Mann was convicted of robbery with a weapon, the written judgment erroneously indicates he was convicted of robbery with a firearm.
 
 See Willingham v. State,
 
 48 So.3d 173, 173 (Fla. 2d DCA 2010);
 
 Carter v. State,
 
 32 So.3d 67, 67 (Fla. 2d DCA 2009).
 

 Judgment and sentence affirmed; remanded with instructions.
 

 DAVIS and KHOUZAM, JJ., Concur.